# United States Court of Appeals
## For the First Circuit

No. 03-1922

DIEUDONNA GEORCELY,

Petitioner,

v.

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

**ERRATA**

The opinion of this court issued July 12, 2004, should be amended as follows:

On page 3, first full paragraph, last line, remove "(2000)."

On page 3, second paragraph, line 5, replace "were" with "was."

On page 4, second paragraph, replace "91 I" with "19 I."

On page 7, last line, change "and" to "&."

On page 10, paragraph 2, line 4, underline the word "see."

On page 10, second paragraph, line 5, remove the word "supra,."

Page 12, note 4, replace the word "Stat" with the word "Stat."

Page 15, line 3, replace the word "excuse" with the word "meet."